**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 3:25-cr-00208
) Judge Trauger
ANTONIO HUBBARD )
)

## **O R D E R**

It is hereby ORDERED that a hearing shall be held on the Petition to Revoke Supervision

(Doc. No. 5) on Thursday, July 9, 2026 at 2:00 p.m.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge